| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TABITHA SAMARIA WALLS and<br>KENYATI JAKEEN RAHH POTTS | DOCKET NO.<br>ED13-0398M<br>MAGISTRATE'S CASE NO. |

Complaint for violation of 18 U.S.C. Sections 1591(a) and 2423(a)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE SHERI PYM | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>RIVERSIDE, CA |
|---|---|---|
| DATE OF OFFENSE<br>July 28, 2013 | PLACE OF OFFENSE<br>San Bernardino County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 28, 2013, in San Bernardino County, within the Central District of California, and elsewhere, defendant TABITHA SAMARIA WALLS and KENYATI JAKEEN RAHH POTTS, knowingly and intentionally committed the following: sex trafficking of children or by force, fraud, or coercion, in violation of 18 U.S.C. § 1591(a), and transportation of minors with intent to engage in criminal sexual activity, in violation of 18 U.S.C. § 2423(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Michael K. Brown (FBI)  /s/ |
|---|---|
|  | OFFICIAL TITLE<br>Special Agent<br>Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE<br>SHERI PYM | DATE August 9, 2013 |
|---|---|

Corey Lee:ii   REC:Detention

# A F F I D A V I T

I, Michael K. Brown, being duly sworn, hereby depose and state:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation (FBI), and have been so employed since September 2004. I am currently assigned to the Violent Crime Squad at the Riverside, California Resident Agency of the Los Angeles, California Field Office. I investigate among other things, the sexual exploitation of children and child pornography, and have conducted numerous investigations involving the possession, receipt, production, and distribution of child pornography. I have consulted with my colleagues who have many years of experience investigating child pornography and child exploitation cases.

## II. PURPOSE OF AFFIDAVIT

2. I make this affidavit in support of a criminal complaint charging TABITHA SAMARIA WALLS ("WALLS") and KENYATI JAKEEN RAHH POTTS ("POTTS") with violations of Title 18, United States Code, Section 1591(a) (sex trafficking of children or by force, fraud, or coercion), and 18 U.S.C. § 2423(a) (transportation of minors with intent to engage in criminal sexual activity).

3. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant(s) and does not purport to set forth all of my knowledge of or investigation into this matter. Where conversations are referred to herein, they are related in substance and in part, except where quotation marks are

1

used. Where figures and calculations are set forth herein, they are approximate.

4. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained during this investigation from other sources, including (a) other law enforcement officers; and (b) my review of digital evidence seized during this investigation, as well as summaries and analyses of such documents and records that have been prepared by others.

### III. SUMMARY OF PROBABLE CAUSE

5. As set forth in greater detail below, I believe there is probable cause to believe that WALLS and POTTS have committed violations of 18 U.S.C. § 1591(a) (sex trafficking of children or by force, fraud, or coercion), and 18 U.S.C. § 2423(a) (transportation of minors with intent to engage in criminal sexual activity)

6. On or about July 28, 2013, WALLS and POTTS met a 17-years-old girl in Las Vegas, Nevada and transported her to Apple Valley, California with the intent to prostitute her in California.

### IV. PROBABLE CAUSE

7. From speaking with Detective Robert Thacker of the San Bernardino County Sheriff's Department, Apple Valley Station, and in reviewing reports provided by him I learned the following:

<u>Suspicious Circumstances Call</u>

a. At approximately 3:52 p.m., on August 7, 2013, the Apple Valley Station received a suspicious circumstances call. The

2

person making the report to the police department ("Witness #1") reported that the Child Victim ("CV") was a 16-years-old girl and that POTTS was forcing CV to prostitute.

    b. Deputies responded to Witness #1's location and spoke with Witness #1 and another person ("Witness #2") who was present with Witness #1. Witness #1 and Witness #2 met with deputies later that day at the Apple Valley Station and stated the following:

    i. Witness #2 told deputies that they had been living with POTTS and WALLS at 15888 Chehalis Road, #30, Apple Valley, California. On or about August 6, 2013, Witness #1 and POTTS went to an appointment and CV had asked to go with them. While at the appointment, CV told Witness #1 that POTTS and WALLS were forcing CV to prostitute, that she was a minor, and that POTTS had hit her.

    ii. Sometime after the appointment, Witness #1 and Witness #2 tried to call POTTS and WALLS but could not reach them. Witness #1 and Witness #2 then decided to leave POTTS's and WALLS's place and go to Ontario. CV asked if she could go with them, stating that there was no food in the house, that she did not want to stay with POTTS and WALLS, and that she had family in Ontario. CV went with Witness #1 and Witness #2 to the Peppertree Motel in Ontario, California. Witness #1 stated that later that night, POTTS found them and arrived at the motel. POTTS was angry that Witness #1 and Witness #2 had taken CV was with them. POTTS then took CV with him and returned to Apple Valley. The following day, POTTS told Witness #1 and Witness #2 that he had killed CV and left her along side of

3

the road off of Interstate 15.  That is when Witness #1 notified the police.

           iii. Witness #1 stated that s/he is an ex-prostitute, but did not work for POTTS and WALLS.  Witness #2 stated that s/he knew POTTS from childhood and grew up together.  Witness #1 and Witness #2 are in a dating relationship with each other.

      c. Witness #1 has the following criminal history: (1) 2006 conviction for misdemeanor burglary and misdemeanor grand theft, San Bernardino County; and (2) 2010 conviction for misdemeanor theft, San Bernardino County.

Interview With CV

      d. Deputies responded to the 15888 Chehalis Road, #30, Apple Valley, California and contacted WALLS.  WALLS told deputies that CV was living at a Motel 6 in Victorville, California.  WALLS also told investigators that CV was engaged in prostitution. Deputies responded to the Motel 6 located in Victorville, California and recovered the CV. [handwritten: CV told deputies that she was a minor when they recovered her.]

      e. The CV told deputies that on or about July 28, 2013, she met WALLS and POTTS in Las Vegas, Nevada.  The CV had met WALLS through WALLS's sister who had been living in a juvenile placement home (which houses run-away minors[1]) with CV in Las Vegas.  WALLS and POTTS both told CV that she was going with them to California to prostitute.  CV told WALLS and POTTS that she did not want to go,

---

[1] CV did not state that the juvenile placement home is housing specifically for minors, however, it is generally well-known that that is the case.

4

but both WALLS and POTTS threatened they would kill her if she tried to leave. Once CV, WALLS, and POTTS arrived in California, CV was forced to prostitute in Los Angeles, Hollywood, Pomona, and Ontario. CV stated that she was forced to give all the money she made from prostitution to POTTS and WALLS. CV also stated that she was forced to live with POTTS and WALLS.

    e. CV further stated that she left with Witness #1 and Witness #2 to Ontario to try to get away from WALLS and POTTS. CV said that POTTS came and picked her up and took her back to Apple Valley. CV expressed extreme fear of POTTS and said that he had hit her before for losing money she had earned from prostitution. CV showed deputies marks on her back and her head that she said were from where POTTS had struck her.

    f. On August 8, 2013, deputies located POTTS in Apple Valley, California and arrested him.

8    From my own investigation, I learned the following:

    a. On August 8, 2013, KENYATTI JAKEEN RAHH POTTS, was advised of his <u>Miranda</u> rights. POTTS stated that he understood and waived his rights. During his interview, POTTS stated the following:

    i. POTTS was with WALLS in Las Vegas, Nevada when he met CV. CV knew WALLS's sister. On or about July 28, 2013, WALLS, POTTS, and CV left Las Vegas, Nevada in WALLS's car with WALLS driving. They left for Apple Valley, California. POTTS denied that he forced CV to come to California.

5

     ii. After arriving in California, both WALLS and CV worked as prostitutes.

     iii. WALLS used POTTS's telephone to take pictures of CV for an internet advertisement soliciting prostitution.

     iv. After CV had been working with WALLS for about a week, POTTS realized that CV may be a minor.

     v. POTTS used some of the money that WALLS made from prostitution for living expenses, but denied taking any money from CV's earnings from prostitution.

     vi. The cell phone that CV was using was an old cell phone that POTTS had given WALLS.

    b. On August 9, 2013, a query through an internet escort website of WALLS's cell phone number, 575-520-3823, was conducted and the following advertisements were found:

     i. A July 30, 2013 advertisement on the "Erotic Mugshots" website with the heading, "575-520-3823 ESCORT ALERTI-TGHT (TENDER)(WILD) Young (BLONDE)(im Ready Now) 2020." Below the heading was the following information: "Escorts Phone: 575-520-3823, Escorts Location: Inland Empire, California, Escort Age: 20, Date of Escort Post: Jul 30th 3:17 am." The body of the advertisement read, "Hello Gentleman My name is Kimberly Young and ready for a good time and adger to give you one as a well fetish friendly your every fantasy begans with me. Curvasious Bomb shell Loads of fun I don't rush don't be shy I don't bite unless its something you like . I Aim to Please Blissful pleasure Awaits you

. Satisfaction Guaranteed at a Reasonable price . I'm one call away. ***Monday Nite Special*** (575) 520-3823 $60hhr/$120.hr Serious callers only No Blocked Calls No Text. Call 575-520-3823. We are on AFF sooo you can find us all on there if you want…sticky_dolce." The pictures attached to the advertisement were that of the CV.

        ii.  An August 3, 2013 advertisement on the "Backpage" website with the heading, "SWEET Southern Bell ***$75 Specials****New in Town**{Lets Play.} - 20." The body of the advertisement read, " Hello Gentleman my name is Heather. Are you looking for a good time ? Well look no further your every fantasny begins with me.Fetish friendly I Am to please % 100 Satisfaction no restrictions . Blissfu pleasure awaits you im one phone call away. . (575) 520-3823 My services are 24hrs**$70** Dollar special****$80 Hh 4100 Fh Serious Callers only OUTCALLS ONLY NO BLOCKED CALLS NO TEXT RESPECTFUL GENTELMAN ONLY !!! ***My services are discreet and confidential*** Posters age: 20 Location: Inland Empire, Los Angeles Post ID: 34065939 inlandempire." The pictures attached to the advertisement were that of the CV.

//
//
//
//
//
//

## V. CONCLUSION

10. Based upon my own observations, information provided to me by other law enforcement personnel, my training, experience, and facts set forth in this affidavit, I believe that there is probable cause to arrest WALLS and POTTS for violations of 18 U.S.C. § 1591(a) (sex trafficking of children or by force, fraud, or coercion), and 18 U.S.C. § 2423(a) (transportation of minors with intent to engage in criminal sexual activity).

/s/
_____
MICHAEL K. BROWN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN BEFORE ME
ON THIS 9th DAY OF AUGUST, 2013.

**SHERI PYM**
_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE