FILED

2014 DEC -2 AM 11:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TABITHA SAMARIA WALLS,<br><br>    Defendant. | CR No. 13-637(A)-MWF<br><br>**FIRST SUPERSEDING INFORMATION**<br><br>[18 U.S.C. § 1594(c): Conspiracy to Engage in Sex Trafficking] |

The United States Attorney charges:

[18 U.S.C. § 1594(c)]

Beginning on or about July 28, 2013, and continuing to on or about August 7, 2013, in San Bernardino and Los Angeles Counties, within the Central District of California, and elsewhere, defendant TABITHA SAMARIA WALLS and co-conspirator Kenyati Rahh-Potts, and others known and unknown to the United States Attorney, conspired and agreed with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, and benefit, financially and by receiving anything of value, from participation in a venture which recruited, enticed, harbored, transported, provided, obtained, and maintained an individual, the Child Victim, knowing and in reckless

1  disregard of the fact that force, threats of force, fraud, and
2  coercion, as defined in Title 18, United States Code, Section
3  1591(e)(2), and any combination of such means, would be used to cause
4  Child Victim to engage in commercial sex acts, in violation of Title
5  18, United States Code, Section 1591(a).

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ Joseph Widman for*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

TRITIA L. YUEN
Assistant United States Attorney
Riverside Branch Office