Gerald C. Salseda  (Bar No. 157411 )
Salseda Law Group
Post Office Box 3205
South Pasadena, California 91031
Telephone:  (213) 784-2330
Facsimile:  (213) 402-7020
(E-Mail: Gerald@SalsedaLawGroup.com)

Attorneys for Defendant
TABITHA SAMARIA WALLS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>TABITHA SAMARIA WALLS,<br><br>              Defendant. | Case No.  CR 13-637-MWF<br><br>DEFENDANT TABITHA WALLS'<br>LETTER RE SENTENCING |

Defendant Tabitha Samaria Walls, by and through her counsel of record, Gerald C. Salseda, hereby files her letter for the Court's consideration prior to Sentencing.

Respectfully submitted,

DATED: February 11, 2015        By  */s/ Gerald C. Salseda*
                                    GERALD C. SALSEDA
                                    Attorney for TABITHA SAMARIA WALLS

Dear Honorable Judge Ftizgerald:

First and foremost, I would like to thank you for taking the time out to read my letter. It's an honor to have a Judge of your stature presiding over my case. I could start off by apologizing but that would be an understatement of how I feel. I feel literarily disgusted, and ashamed for what I have done. I have defiled more than just my body, but I have also brought shame and embarrassment to my family. I know that what I have done has affected so many people's lives, even the ones dearest to me, such as my son Judaeah. My naïve ways had me believing that what I was doing was providing for my son but I was taking from him instead. Precious memories I lost, such as his first word, first day of headstart, I could never get those memories back. I convict myself every day and take full responsibility for my actions. I have been thru so many trials and tribulations, some a young adult my age should never have to endure, but I will not let my past define me, nor will I let it excuse my past behavior. I regret some of the things I've done, and the poor choices I've made. This life experience has shown me the things that I've taken for granted and people I stand to lose. I genuinely want to change my life. Since my incarceration at MDC (Metropolitan Detention Center), I have begun taking the positive steps towards bettering myself and my future, for me and my son. I've obtained employment and thru employment I have learned responsibility, honesty, team work and persistence. I have also taken advantage of some of the programs and classes that MDC offered, successfully completing them and earning certificates. Learning skills such as, parenting, realistic goal settings, positive decision making and self-control. Those are a few practical skills that I've learned, and will use when I go home. While on the road to recovery, I believe that with the right resources and support my goals will be achieved. My short term goals are to finish my cosmetology certification and become a personal stylist. My long term goals are to obtain my AA in communications and become an advocate for young women with similar situations such as mine. I know that I will be a productive member of society, a better mother for my son and a leading example for my generation. I ask that you please grant me the opportunity to do so. Thank you for your time and consideration.

                                                        Sincerely,

                                                        Tabitha Walls

                                                        02-05-15

Dear Honorable Judge Fitizgerald

First & formal I would like to thank you for taking the time out to read my letter. It's an honor to have a Judge of your stature perciding over my case. I could start off by apologizing but that would be an understatement to how I feel. I feel utterly disgusted and ashamed for what I have done. I have defailed more than just my body, but I have also braught shame and emberesment to my family. I know that what I have done has effected many people lives, even the ones dearest to me, such as my son Judaeah. My naive ways had me believing that what I was doing was providing for my son but I was taking from him Instead. Precious memories I lost, such as his first word first day of headstart I could never get those memories back. I convict myself every day and take full responsibility for my actions. I have been threw many trials and tribulations some a young adult my age should never have to endure, but I will not let my past defined me nor will let it excuse my past behavior. I regret some of the things I've done and the poor choaces I've made. This life experience has shown me the things I've taking for granted and people I stand to loose. I genuently want change In my life since my incarseration at MDC (Metropolitan Detention Center) I have began taking the positive steps towards bettering myself and my future, for me and my son. I've obtained Employment and thru Employment I have learned responsibility, Honesty, team work and Persistance. I have also taking advantage of some of the programs

and classes that MDC offered successfully completing them, and earning certificates. learning skills such as Parenting, realistic goal setting, positive decision making, self control. those are a few practial skills that I've learned and will use when I go home, while on the road to recovery. I believe that with the right recources and support my goals I will acheicve. My short term goal are to finish my cosmotology certification and become a personal stylist. My long terms Goals are to obtain my AA In communications and become a advocate for young woman with similar Situation such as mine. I know that I will be a productive member of society a better mother for my son and leading example for my generation. I ask that you please grant me the oppritunity to do so. Thank you for your time and consederation.

Sincerly
Tabitha Walls
*Tabitha Walls*
02-05-15